**Joeffre KOLOSKY, Appellant,**

v.

**FAIRVIEW UNIVERSITY MEDICAL CENTER, Appellee.**

No. 03–3581.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2004.

Decided: May 17, 2004.

Joeffre Kolosky, Minneapolis, MN, pro se.

Lee Andrew Lastovich, Eric J. Riensche, Felhaber & Larson, Minneapolis, MN, for Defendant–Appellee.

Eastern District of Arkansas.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Joeffre Kolosky appeals the district court's * dismissal of Kolosky's civil complaint brought under the Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601, *et seq.* We conclude the dismissal of Kolosky's complaint was proper because he ceased to be eligible for FMLA benefits under 29 U.S.C. § 2612(a)(1) when his employment with Fairview University Medical Center was terminated, and he did not provide Fairview adequate notice before his termination that he needed FMLA leave. We affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

* The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.